FILED

12/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0129

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0129

_____

SHANE PHILLIP NICKERSON,

     Petitioner and Appellant,

  v.                                  O R D E R

STATE OF MONTANA,

     Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Shane Phillip Nickerson, to all counsel of record, and to the Honorable Heidi Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 2 2020